MORTGAGE GUARANTY
INSURANCE CORPORATION,

      Appellant,

v.

JOHN R. HANDY & LATISHA
SNEED,

      Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0322

Opinion filed October 16, 2017.

An appeal from an order of the Circuit Court for Duval County.
Thomas Beverly, Judge.

David M. Snyder, David M. Snyder Professional Association, Tampa, Susan B. Morrison of the Law Offices of Susan B. Morrison, P.A., Tampa, and Joshua D. Moore of the Law Offices of Daniel C. Consuegra, Tampa, for Appellant.

No appearance for Appellees.

PER CURIAM.

      AFFIRMED. See Higgins v. Dyck-O'Neal, Inc., 201 So. 3d 157 (Fla. 1st DCA 2016) (holding that a party is not entitled to pursue a separate action for deficiency judgment where the foreclosure complaint includes a prayer for a

deficiency judgment and the foreclosure court reserves jurisdiction to enter a deficiency judgment); *see also* <u>Dyck-O'Neal, Inc. v. Lanham</u>, 214 So. 3d 802 (Fla. 1st DCA 2017) (certifying conflict between this Court's decision in <u>Higgins</u> and decisions by the other four district courts of appeal).

ROBERTS, BILBREY, and KELSEY, JJ., CONCUR.